**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00729-LTB-KLM

T.A. PELSUE COMPANY, a Colorado corporation,

    Plaintiff,

v.

LIFE PROTECTION, INC., a Canadian corporation,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 4 - filed September 19, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                                     BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED: September 22, 2008